# EXHIBIT 1

# Friedrich-Ebert-Stiftung



Photo: FES Headquarters in Bonn and Berlin, © FES

## Friedrich-Ebert-Stiftung (FES) – Foundation for social democracy!

### About us

The Friedrich-Ebert-Stiftung (FES) is the oldest political foundation in Germany with a rich tradition in social democracy dating back to its foundation in 1925. The foundation owes its formation and its mission to the political legacy of its namesake Friedrich Ebert, the first democratically elected German President.

The work of our political foundation focuses on the core ideas and values of social democracy – freedom, justice and solidarity. This connects us to social democracy and free trade unions. As a non-profit institution, we organise our work autonomously and independently.

### Our goals

We promote

- a free society, based on the values of solidarity, which offers all its citizens the same opportunities to participate on political, economic, social and cultural levels, regardless of their origin, sex or religion
- a lively and strong democracy; sustainable economic growth with decent work for all
- a welfare state that provides more education and improved healthcare, but at the same time combats poverty and provides protection against the challenges that life throws at citizens
- a country that is responsible for peace and social progress in Europe and in the world.

### What we do

We support and strengthen social democracy in particular by means of:

- Political educational work to strengthen the civil society: Our political education programs in Germany motivate, enable, inform and qualify citizens to successfully engage in political, trade union and civil spheres. We improve citizens' participation in social discussions and decision-making processes.
- Think Tanks: We develop strategies on the core issues of economic, social and educational policies as well as on key issues that advance democracy. At the crossroad where think tanks, academia and political practitioners meet, we create a public discourse for a just and sustainable economic and social order on a national, European and worldwide level
- International cooperation: With our international network of offices in more than 100 countries, we support a policy for peaceful cooperation and human rights, promote the establishment and consolidation of democratic, social and constitutional structures and are pioneers for free trade unions and a strong civil society. We are actively involved in promoting a social, democratic and competitive Europe in the European integration process.
- Support for talented young people with scholarship programs, in particular for students and doctoral candidates from low-income families or with a migrant background. This is our contribution to increasing educational democracy.
- The collective memory of social democracy: Our archive, library and contemporary history projects keep the historical roots of social democracy and the trade unions alive and provide support for sociopolitical and historical research.

Learn more about FES and visit the German website



Photo: AdsD/FES

## Friedrich Ebert (1871-1925)

Friedrich Ebert served from 1919 to 1925 as the first President of the Weimar Republic. He advocated the development of parliamentary democracy, viewed himself as the president of all Germans, and was committed to a politics geared to social balance and compromise. In his will, he specified that the proceeds from donations at his funeral should be used to create a foundation. The main concern of FES from then on was to work against discrimination of workers in the area of education.

**Friedrich-Ebert-Stiftung Berlin**

D-10785 Berlin

+49 030 269356
+49 030 26935-9244

www.fes.de

# Friedrich-Ebert-Stiftung Bonn

Godesberger Allee 149
D-53175 Bonn

+49 0228 883-0
+49 0228 883-9207

**Friedrich-Ebert-Stiftung**
**Peace and Security Centre of Competence Sub-Saharan Africa**

P.O. Box 15 416
Point E, boulevard de l'Est villa n°30
Dakar - Fann

+221 33 859 20 02

info(at)fes-pscc.org
www.fes-pscc.org



# Events

**National workshop in Ivory Coast of the programme "Women, Youth, Defence and Security"**



From 09 to 12 September 2019,...

more information

## Publications & Studies

## The role of the regional forces in Gambia and what their presence will mean in 2021 elections



The **PSCC Policy Paper** is an...

more information