# EXHIBIT 2

DEMOCRAȚIE ȘI DREPTURILE OMULUI

# CONSERVATORISMUL INSURGENT DIN ROMÂNIA

**Diana Mărgărit**
Iunie 2020



Conservatorismul insurgent este în creștere. Noi grupuri și mișcări conservatoare din societatea civilă încearcă să-și extindă baza socială și să mobilizeze adepți, prezentându-și acționismul ca rebeliune sau contracultură la narațiunea culturală și politică dominantă a modernizării societății.



Acest studiu oferă o imagine de ansamblu asupra ecosistemului conservator »insurgent« contemporan din România, prin surprinderea grupurilor care îi aparțin și prin descrierea strategiilor pe care le folosesc pentru a contesta – cu o eficiență surprinzătoare – principiile de bază ale modernității capitaliste și ale liberalismului democratic.



Prin reinterpretarea și resemnificarea realității într-un mod iliberal, acest nou activism conservator este responsabil pentru »normalizarea« ideilor de extremă dreapta în societate.

FRIEDRICH

FRIEDRICH-EBERT-STIFTUNG    CONSERVATORISMUL INSURGENT DIN ROMÂNIA

CONSERVATORISMUL
INSURGENT
DIN ROMÂNIA

# Conținut

**INTRODUCERE** _____ 2
De ce conservatorism insurgent? _____ 2

**CONTEXT** _____ 4
Partidele care promiteau *să nu vândă țara* _____ 5
Forța seducătoare a societății civile _____ 5

**ACTORI AI CONSERVATORISMULUI INSURGENT.**
**STRUCTURI, STRATEGII, TACTICI** _____ 7
Carnea și oasele Coaliției pentru Familie. Compoziție și structuri de organizare_____ 8
În ofensivă. Strategii și tactici ale Coaliției pentru Familie_____ 9

**SOCIETATEA ROMÂNEASCĂ – PERMEABILĂ LA SENSIBILITĂȚILE**
**CONSERVATORISMULUI INSURGENT?** _____ 13

Bibliografie _____ 14

Lista de abrevieri _____ 16



# INTRODUCERE

După căderea comunismului, societatea românească a traversat o perioadă anevoioasă de căutări și experimente politice, sociale și economice, în acord cu cerințele impuse de modelul democrației liberale și capitaliste. Reconfigurarea elitei politice, adaptarea la cerințele pieței libere, privatizarea forțată a sectoarelor industriale majore, disponibilizările masive, creșterea inflației și a nesiguranței vieții de zi de zi, mai ales în primii ani ai epocii postcomuniste, au generat frustrare și nemulțumire în rândul populației. Aflată în căutarea unei noi identități, dar și puternic afectată de sacrificiile pe care tranziția democratică le cerea în mod constant din partea societății, România postcomunistă a oferit un teren fertil renașterii discursului naționalist și radical de dreapta. Creșterea rapidă a popularității Bisericii Ortodoxe Române (BOR) în rândul populației, alături de apariția unui număr semnificativ de organizații nonguvernamentale, dar și a unor personalități publice care promovau un discurs autarhic și naționalist au avut un impact decisiv în conturarea unui tip de conservatorism autohton, aflat din ce în ce mai mult în concurență cu grupurile progresiste care își doreau apropierea de Occident și reducerea decalajelor față de acesta.

În această perioadă, mișcările conservatoare active din România au fost eterogene, cu adversari, preocupări și agende diferite, care însă pot converge în anumite situații asupra unor puncte comune (ca de pildă, protestele antiguvernamentale începute în 2012 sau campania pentru redefinirea constituțională a căsătoriei inițiată în 2016 și încheiată, în 2018, prin referendumul național invalidat de prezența insuficientă la vot). Dintre acestea, conservatorismul de tip autoritar sau reacționar a promovat o viziune autarhică și antidemocratică asupra societății, menită să apere identitatea și valorile naționale și religioase de pericolul progresist occidental.

Evitând titulatura de extremism, puternic conotată negativ atât în România, cât și în Occident, conservatorii radicali se recomandă drept apărători ai valorilor liberale, ai libertății de expresie și de conștiință, nicidecum ca grupări de extremă dreapta. În fapt, aceștia au în comun o serie de caracteristici: în primul rând, împărtășesc o perspectivă autoritară, ierarhică asupra societății, lipsită de toleranță față de adversari, promovând un conservatorism constituit pe asumpții identitare de tip etnic și religios; în al doilea rând, le este specifică aversiunea față de clasa politică, pe care o formulează adesea de

20; Holbrook și Taylor 2013: 2-4). În ultimele decade, extremismul de dreapta a cunoscut un nou avânt, datorită capacității sale de adaptare la schimbările sociale. Caracterul său insurgent și militant i-a permis să fie angajat în societate prin diverse campanii publice și să reacționeze la subiectele fierbinți ale zilei, oferind explicații pentru situația socio-economică precară în care trăiesc pături largi de oameni.

## DE CE CONSERVATORISM INSURGENT?

În mod uzual, termenul »insurgent« are o conotație revoluționară și descrie actul de rebeliune împotriva unei autorități. Insurgența prezintă un potențial violent care are menirea de a destabiliza ordinea existentă, în vederea creării uneia noi. În contextul acestui studiu, conservatorismul insurgent semnifică acel tip de conservatorism extremist care apare ca reacție la valorile și practicile democratice pe care pretinde să le înlocuiască cu o viziune autoritară, autohtonă, revanșardă asupra societății. În plus, prin sintagma de conservatorism insurgent, am în vedere și caracterul activ, militant al mișcărilor sociale care nu doar reacționează la schimbările sociale și politice din România, ci sunt capabile, prin forțele lor proprii, să genereze, la rândul lor, noi schimbări sociale și politice.

Miza acestui studiu constă în înțelegerea conservatorismului insurgent românesc, originile, resursele sale ideologice, strategiile și tacticile de care face uz, precum și tipurile de discurs care îi sunt specifice. În centrul analizei mele se află Coaliția pentru Familie (CpF) – o umbrelă de organizații civice – pe care o consider exponentul conservatorismului insurgent de dată recentă, prin prisma faptului că a reușit nu doar să-și creeze un sistem de alianțe și parteneriate eficiente, ci și să-și impună în doar câțiva ani agenda în spațiul public românesc. Ipoteza de lucru este că manifestarea acestuia în spațiul public are capacitatea de a disimula caracterul său autoritar, distorsionând mecanismele și valorile democrației liberale, dar și promovând încălcarea sistematică a principiilor sale fundamentale precum statul de drept, drepturile omului, egalitatea în drepturi. Studiul de față este structurat în două părți: prima care stabilește contextul în care organizațiile civice conservatoare ajung vizibile și active, de la căderea comunismului până în zilele noastre, pe fondul deprecierii imaginii BOR și a partidelor politice, dar și al

sa, dar și strategiile și tacticile ce au contribuit la vizibilitatea și succesul său din ultima vreme.

Din punct de vedere metodologic, analiza propusă în aceste pagini reprezintă un studiu de caz, în realizarea căruia folosesc cu precădere surse primare – paginile oficiale de Internet ale organizațiilor prezentate –, precum și literatură secundară - sub forma articolelor online din presa românească care investighează activitatea anumitor persoane sau grupuri implicate în mișcările conservatoare insurgente. Răspândirea ideilor de extremă dreapta este legată de emergența noilor mijloace de comunicare în masă, apariția internetului, democratizarea accesului și diseminării informației care facilitează coeziunea și mobilizarea socială. Mediul online atenuează diferențele sociale și oferă posibilitatea fiecărei persoane sau grupări de a-și expune deschis propria viziune asupra societății (Mammone et al. 2013: 7-8). În acest context, mișcările conservatoare insurgente nu doar au avut capacitatea de a se mobiliza și de a reacționa prompt la schimbările rapide din societatea românească, ci au și reușit să impună teme noi pe agenda publică – cel mai bun exemplu fiind inițiativa cetățenească de a modifica definiția căsătoriei din Constituție.



# CONTEXT

După 1989, mișcările politice și discursurile extremiste de dreapta s-au concentrat în bună măsură asupra temei anticomunismului, condamnând politica oficială a regimului comunist de izolare a BOR, alături de alte culte religioase, și represiunea oponenților politici din rândul partidelor istorice – Partidul Național Liberal, Partidul Național Țărănesc – sau al mișcării legionare. În același timp, anii tranziției au fost martorii revirimentului naționalismului și ortodoxismului, pe fondul încercării de debarasare de balastul comunist. O contribuție importantă la conturarea acestui fenomen au avut-o o serie de inițiative culturale și educaționale precum a) emisiunea Luciei Hossu Longin, *Memorialul durerii*, difuzată începând cu 1991 la televiziunea națională, din care merită amintit episodul intitulat »Noaptea patimilor« ce face apologia »sfinților închisorilor« – foști membri ai clerului ortodox, deseori partizani ai mișcării legionare, prizonieri politici în închisorile comuniste –; b) apariția pe piața publicațiilor, dar și în mass media, a unui număr semnificativ de materiale care tratează elogios subiectul »sfinților închisorilor« (precum editura Anastasia, revista Rost etc.). Succesul ideilor extremiste de dreapta s-a datorat unui context social și economic în care românilor le devenea din ce în ce mai clar că tranziția democratică presupune eforturi și sacrificii, dar și lipsei totale a experienței democratice. În fapt, până în 1989, istoria României poate fi descrisă ca o pendulare între despotisme luminate, autoritarisme, extremisme de dreapta și de stânga, în raport cu care democrația liberală fusese cel mult exotism politic occidental de citit în paginile gazetelor vremii.

O dată cu sfârșitul comunismului, BOR și-a revenit în drepturi, jucând un rol important în reconstrucția identitară a societății postcomuniste frământate de avatarurile tranziției. Acest fapt este evidențiat de susținerea sa publică încă de la început. Simpatia și sprijinul public de care s-a bucurat s-au datorat, în primul rând, asumpției larg răspândite la nivelul societății că BOR fusese victima represiunii comuniste și că reconfigurarea identității românești se putea realiza doar prin asumarea credinței și deschisă a credinței. În al doilea rând, pentru mulți români a căror situație materială a avut de suferit de pe urma disponibilizărilor masive din primii ani ai tranziției și, în genere, a precarității vieții, credința a reprezentat un puternic refugiu și o sursă de consolare. Nu întâmplător, raportat la celelalte instituții ale statului, în anul 2000, nivelul încrederii populației în BOR era extrem de ridicat, în jur de 86%. Desigur, aceste procente se

(Romocea 2015: 5) – aveau posibilitatea de a-și declara și manifesta deschis orientarea religioasă, ci și discursului naționalist al BOR-ului care reacționa la actualitatea politică și socială. Atitudinea reacționară a acesteia față de subiecte precum decriminalizarea homosexualității, acuzațiile de corupție ale politicienilor, desecretizarea dosarelor preoților, dar și inițiativa legislativă care permitea înregistrarea, prin sistemul de sănătate, a donatorilor de organe este cât se poate de elocventă.

Prezența activă a BOR-ului în spațiul public a crescut în mod vizibil de la un an la altul, ceea ce a dus, în mod paradoxal, la eroziunea sa. Implicarea unor înalte fețe bisericești în scandaluri sexuale și de corupție, precum și partizanatul politic al bisericii – mai ales, în timpul campaniilor electorale –, au afectat credibilitatea acesteia. Cu toate că încrederea în BOR a scăzut în ultimii ani – la 54,5%, potrivit unui sondaj INSCOP din 2019 (G4media 2019) –, BOR se bucură în continuare de susținere din partea societății, mai ales în raport cu instituțiile politice sau juridice. Una dintre explicațiile sprijinului public, în ciuda recentelor controverse și scandaluri, o reprezintă și strategia sa din ultimii ani de a reduce vizibilitatea instituției ca atare. Totuși, retragerea sa din spațiul public a fost contrabalansată de prezența din ce în ce mai fervență a grupurilor de inițiativă și organizațiilor nonguvernamentale afiliate BOR sau în colaborare cu aceasta – de pildă, Asociația Studenților Creștini Ortodocși Români (ASCOR), Asociația Tineretul Ortodox Român (ATOR) etc. – care activează ca emisari ai agendei bisericii.

În jurul BOR, dar și distinct de aceasta, au devenit din ce în ce mai active și vizibile inițiative civice care s-au opus schimbărilor de natură progresistă din societatea românească, de la recunoașterea drepturilor minorităților sexuale la politici contraceptive și educație sexuală în școli. Ideile și acțiunile lor au creat conturul unui conservatorism românesc, deseori cu puternice accente neo-legionare, anti-sioniste, naționaliste și ortodoxiste. Efervescența activismului conservator a fost produsul unei conjuncturi favorabile emancipării societății civile, specific tuturor societăților tranziționale din Europa Centrală și de Est. Altfel spus, o dată cu creșterea numărului asociațiilor voluntare ce promovau ideile și practicile democratice liberale ca urmare a implicării directe a organizațiilor nonguvernamentale occidentale (Necșulescu 2011) și, deseori, ca reacție la ele, devine din ce în ce mai prezent un curent de rezistență la valorile Vestului, considerate inoportune, neadecvate, de import și,

digera rapid valorile europene, ci şi din eşecul multiplelor tentative de a construi partide politice care să promoveze idei conservatoare extremiste şi care să convingă pe termen lung electoratul românesc.

## PARTIDELE CARE PROMITEAU *SĂ NU VÂNDĂ ŢARA*

Partidul Unităţii Naţiunii Române (PUNR), Partidul »Totul pentru Ţară« (PTT), Partidul România Mare (PRM), Partidul Noua Generaţie (PNG), Partidul Noua Dreaptă (PND) sunt cele mai importante iniţiative politice extremiste, ele având un nucleu comun, caracterizat prin naţionalism ortodox, xenofobie şi populism (Sum 2010). Ele au propus o viziune proprie şi originală a democraţiei româneşti, întemeiată pe spirit creştin, naţionalism, unitate naţională în jurul unui lider autoritar, eroic şi carismatic (Panţu 2010), precum şi lupta împotriva influenţelor nocive occidentale. Ceea ce promiteau ele era o alternativă la politicile asumate de partidele aflate la guvernare la acel moment pe care le acuzau de pactizare cu Occidentul prin preluarea modelului neoliberal care presupunea sacrificarea bunăstării populaţiei în numele unui ideal de politică economică deficitară, dar şi preluarea inadecvată a normelor şi valorilor europene – secularizare, drepturi ale minorităţilor, emanciparea femeilor etc. –. În viziunea lor, prin deciziile politice şi sociale ale guvernanţilor de atunci, România se îndepărta de ceea ce reprezenta, în esenţă, adevăratul spirit românesc – omogenitate etnică, ortodoxism, model economic axat pe producţia naţională şi mai puţin pe importuri etc. În această împrejurare, sintagma »Nu ne vindem ţara!« devine, aproape consensual, esenţa modelului politic extremist de dreapta.

Înfiinţat în primele luni ale lui 1990, PUNR a reuşit în scurt timp să obţină mandate politice de reprezentare mai ales în Transilvania, acolo unde exista diversitate etnică. Printre figurile notabile, ar merita amintit Gheorghe Funar, primar al Clujului până în 2004, în ciuda excluderii sale din partid în 1997. PRM s-a născut cu doi mai târziu faţă de PUNR şi s-a bucurat de un succes politic considerabil. Liderul său, Corneliu Vadim Tudor, a ajuns în turul al doilea al alegerilor prezidenţiale din 2000. Ascensiunea partidului în anii tranziţiei postcomuniste a fost rezultatul unui discurs mitologizant care recicla figuri istorice promovate înainte de 1989. Acesta a făcut apel la naţionalism şi exploatarea sentimentelor de frustrare şi excluziune răspândite la nivelul societăţii ce a traversat o perioadă dificilă de tranziţie către economia de piaţă (Verdery 1998), cu inflaţie crescută şi disponibilizări în masă. Folosind simboluri naţionale, dar şi exploatând reacţii de tip emoţional la folosirea acestora (Verdery 1996: 77), naţionalismul de tip PRM propunea o reinventare a societăţii româneşti pe tipare religioase, xenofobe, anti-maghiare, antisemite şi anti-rrome, într-un nou context al competiţiei pentru resurse limitate, al privatizării, dar şi al conflictelor inter-etnice (Verdery 1993: 184-186).

PTT a fost creat în 1993 de către foşti membri din rezistenţa anticomunistă, în mare parte legionari, sub numele de Partidul »Pentru Patrie«. Se prezintă drept continuatorul Gărzii de Fier, dar şi al liderilor săi, Corneliu Zelea Codreanu şi Horia Sima. PNG –

preluarea conducerii partidului de către George Becali care şi-a cultivat apropierea de BOR, dar a şi promovat un discurs legionaroid, discriminatoriu la adresa minorităţilor etnice, sexuale şi la adresa femeilor. Mai recent, în 2015, a luat fiinţă PND, deşi asociaţia omonimă fusese înfiinţată încă din 2007. În urma lecturii programului partidului, câteva obiective majore par să definească misiunea acestuia: unirea României cu Republica Moldova, prezervarea caracterului naţional al statului, lupta împotriva tendinţelor separatiste maghiare şi a căsătoriilor LGBT (Lesbian Gay Bisexual Transgender) în favoarea unei viziuni tradiţionaliste asupra familiei (Noua Dreapta 2019a). Mai mult, acţiunile menţionate pe acelaşi site oficial al partidului - marşuri unioniste, demonstraţii împotriva căsătoriei persoanelor de acelaşi sex şi parteneriatului civil, tabere cu caracter naţionalist, întâlniri cu reprezentanţi ai altor mişcări naţionaliste din Europa (Noua Dreapta 2019b) – reflectă viziunea extremistă a acestuia.

## FORŢA SEDUCĂTOARE A SOCIETĂŢII CIVILE

Deşi niciunul dintre partidele anterior menţionate nu (mai) are astăzi relevanţă politică, moştenirea şi potenţialul lor nociv sunt încă prezente în societatea românească (Cinpoeş 2012). Modestele performanţe politice ale acestor partide nu trebuie puse, însă, pe seama unei lipse de adeziune a societăţii la ideile lor, ci mai curând pe caracterul canibalic al marilor partide de pe scena politică (Partidul Social Democrat [PSD], Partidul Naţional Liberal [PNL] etc.) care abundă în mesaje naţionaliste şi tradiţionaliste, indiferent de pretinsa lor coloratură politică. Am asistat, astfel, la ceea ce Cinpoeş numea »proces de incorporare a extremismului« (Cinpoeş 2013) la nivelul partidelor mainstream care a determinat dispariţia micilor partide ultraconservatoare. Mai mult, membrii partidelor extremiste au migrat în ultimii ani către partide politice mult mai vizibile, în care convingerile lor politice nu au intrat în conflict cu principiile partidului-gazdă. Aceste partide s-au transformat, pe alocuri, în vehicule ale ideologiei lor. În măsura în care, în evoluţia lor, partidele politice dominante au convers către un nucleu naţionalist, declaraţiile şi poziţiile politice extremiste ale unora dintre membrii lor şi-au găsit un loc confortabil. De pildă, Ben-Oni Ardelean (PNL), Florin Roman (PNL), Codrin Ştefănescu (PSD), Nicolae Bacalbaşa (PSD) reprezintă doar câteva dintre numeroasele exemple de politicieni care au avut poziţii publice cu caracter rasist, xenofob, promovând o agendă ultraconservatoare în intervenţiile lor publice din ultimii ani.

Numeroasele cazuri de corupţie la nivel înalt, dar şi de ineficienţă şi clientelism în gestionarea treburilor publice au compromis imaginea clasei politice din ultimul deceniu. În condiţiile erodării dramatice a încrederii societăţii româneşti în clasa politică – 11,8% în partidele politice şi 9,8 în Parlament, comparativ cu 64,1% încredere în armată sau 54,5% în biserică (G4media 2019) –, agenda ultraconservatoare promovată de diverse grupuri aparţinând societăţii civile – organizaţii nonguvernamentale (ONG), fundaţii, iniţiative etc. – a produs mai multe efecte în plan politic şi social decât ar fi reuşit un partid cu un program politic similar. După cum am putut vedea anterior, partidele politice extremiste nu au avut o viaţă lungă şi prosperă nu doar din

încrederii în clasa politică, fenomen care a scos din jocul politic multe astfel de tentative.

Pe măsură ce România a aderat la Consiliul Europei, NATO, Uniunea Europeană și, deci, a asumat și integrat valori și politici europene, conservatorismul insurgent s-a simțit din ce în ce mai amenințat, ceea ce a determinat căutarea de noi resorturi și oportunități de acțiune. Ofensiva sa s-a manifestat în contextul crizei economice din 2008-2009, al măsurilor guvernamentale de austeritate, dar și al simpatiei crescânde a electoratului european pentru agenda dreptei. Desigur că această situație nu trebuie privită în cheia unei legături de cauzalitate, ci mai curând în termenii unei puternice corelații. Pe de altă parte, exploatând nemulțumirea populară față de clasa politică, mișcările protestatare din ultimii ani au fost antrenate în vortexul extremist. De pildă, eterogenitatea ideologică a participanților la protestele împotriva exploatării miniere de la Roșia Montană și Pungești din 2013 și 2014 s-a reflectat atât prin prezența grupurilor ecologiste sau progresiste, dar și a celor naționaliste și șoviniste (Climescu 2013) care percepeau începerea exploatării miniere drept o manieră »de a vinde țara«. Folosirea aproape obsesivă a tricolorului, a simbolurilor dacice, a referințelor la autori șoviniști, xenofobi și naționaliști cu această ocazie, dar și la valurile ulterioare de proteste demonstrează că frustrarea societății a alimentat și amplificat sentimentele ultracon-

servatoare care au izbucnit o dată cu activismul civic din acești din urmă ani. Creșterea nivelului de activism civic a contribuit nu doar la dobândirea conștiinței civice, dar în același timp, a oferit posibilitatea manifestării grupurilor cu viziuni extremiste care, în malaxorul opiniilor despre lupta anticorupție, slaba performanță a clasei politice, garantarea drepturilor minorităților sexuale etc., au devenit din ce în ce mai vocale.

Pe fondul creșterii vizibilității și influenței societății civile în procesul de luare a deciziilor, impactul ONG-urilor și inițiativelor civice conservatoare a cunoscut o ascensiune importantă. În plus, prestigiul și vizibilitatea lor au crescut concomitent cu afirmarea distanței față de clasa politică, cu declararea într-o manieră explicită a neafilierii partinice și chiar cu dezicerea de tentativa unor politicieni de a câștiga capital de imagine prin sprijinirea cauzelor acestora. Un exemplu relevant în acest sens îl reprezintă poziția publică a CpF – pe care o voi analiza în detaliu în paginile următoare – care a negat orice legătură cu clasa politică atunci când a depus în Parlament inițiativa cetățenească de revizuire a articolului 48 din constituție, referitor la definiția căsătoriei (Mediafax 2018). Așadar, ceea ce se poate observa în evoluția conservatorismului insurgent din ultimele trei decenii este o tentativă de reconstrucție civică, »de jos în sus«, pe ruinele unor experimente politice compromise și eșuate.



# ACTORI AI CONSERVATORISMULUI INSURGENT. STRUCTURI, STRATEGII, TACTICI

În ultimii ani, spațiul public românesc a fost martorul efervescenței civice de factură conservatoare, în care un rol esențial a fost jucat de CpF, o asociație-umbrelă fără statut juridic, reunind o serie de organizații nonguvernamentale conservatoare, cu caracter laic sau religios – ortodox, neoprotestant și catolic – și cu o agendă anti-LGBT, anti-avort, anti-progresistă și anti-occidentală, promovând valori și principii tradiționaliste și naționaliste. CpF a funcționat ca o federație informală de asociații cu obiective distincte, dar în același timp, arondate agendei conservatoare, care au acționat la unison, în timpul campaniei inițiate încă din 2013 de revizuire a articolului 48 al Constituției României prin înlocuirea cuvântului »soți« din definiția căsătoriei cu sintagma »un bărbat și o femeie«. Deși notorietatea CpF se datorează, în primul rând, acestei campanii care a culminat cu organizarea unui referendum național în 2018, interesele și agenda asociațiilor membre sunt mult mai complexe. De aceea, în paginile următoare, voi avea în vedere atât strategia și tacticile CpF ca actor singular, dar și pe ale unora dintre asociațiile membre, în contextul campaniei pentru redefinirea căsătoriei, dar și al altor acțiuni de tip reacționar și ultraconservator.

CpF, ca de altfel asociațiile care au compus-o, a reprezentat o mișcare socială la firul ierbii, creată la nivelul comunității și fără apartenență politică, a cărei acțiune colectivă a vizat producerea unor schimbări politice și culturale. Maniera în care CpF și-a promovat în ultima decadă ideile ultraconservatoare, ultra-religioase și reacționare reprezintă o exemplificare elocventă a ceea ce M. Castells numește »politică insurgentă« (Castells 2015: 304). În cazul CpF, politica sa insurgentă a presupus procese prin care grupuri civile au avut în vedere o schimbare de tip politic – de pildă, modificarea Constituției – ca etapă a unui proiect mai amplu de transformare culturală, în vederea creării unei societăți rezistente la importul ideilor progresiste – dăunătoare, în viziunea sa, spiritualității românești și creștine. Motorul acțiunilor sale l-a constituit nemulțumirea și dezaprobarea față de maniera în care societatea românească s-a transformat în ultima vreme, sub presiunea constantă a contactului cu valorile occidentale secularizante, anti-patriarhale și emancipatoare pentru categorii precum femeile sau minoritățile sexuale. Mai mult, democratizarea spațiului public românesc reprezenta, în fond, un atentat atât la maniera tradiționalistă de funcționare a familiei și sferei private, dar și a organizării societății în sfera sa politică, educațională, medicală etc. Aceste idei s-au regăsit în

În plus, mișcarea CpF s-a născut într-un context național și internațional turbulent, marcat de adâncirea clivajelor sociale, de eșecul politicilor protecționiste în defavoarea neoliberalismului pieței, de crize economice cărora li s-a răspuns politic prin austeritate și tăieri bugetare, dar și de ascensiunea naționalismului și populismului ca alternativă la politica europeană mainstream. Pentru România, o țară periferică a Uniunii Europene, procesul de guvernare, democratizare și liberalizare a pieței din ultimii treizeci de ani a presupus mai ales lupta continuă cu reducerea decalajelor față de celelalte state membre. Astfel, România a pendulat constant între situația ingrată de a-și contura o identitate ancorată în propria sa istorie, recuperând și integrând trecutul său tumultuos, marcat de despotisme și totalitarisme, și nevoia de a se afirma ca stat european ce aderă la normele și valorile occidentale. Laicizarea statului, promovarea imaginii femeii în spațiul public, stimularea activismului civic, dar și garantarea drepturilor și libertăților minorităților etnice sau sexuale au reprezentat doar câteva dintre ideile pe care societatea românească a trebuit să învețe să le asimileze. În replică, discursul ultra-conservator a criticat reflectarea acestor teme în legislație, dar și în încercările de reformă instituțională și culturală. În plus, numele însuși al organizației, Coaliția pentru Familie, relevă soluția acesteia la una dintre marile probleme ale societății românești, anume criza familiei, măcinate de austeritate, imigrație, abandon și divorț.

Intelectualii de dreapta au jucat un rol decisiv în coagularea unor critici acerbe la adresa Uniunii Europene și Europei, în genere, considerate principalele surse ale importurilor doctrinare nocive, alienării și compromiterii morale. De pildă, în cartea sa »Să fii Român!«, Dan Puric, unul dintre cei mai prolifici intelectuali ultraconservatori, scrie: »Europa de azi este o imensă clinică experimentală, unde se aplică pe o populație din ce în ce mai amorfă și rătăcită ce-și pierde pe zi ce trece conștiința de sine, un strict program de reeducare în vederea alienării ei sub flamura perversă a libertății, democrației și a drepturilor omului instrumentalizate cu dibăcie« (Puric 2016: 39). Criza prin care o traversează societatea românească este, în esență, criza Europei a cărei vină constă în renunțarea la Dumnezeu. Reinventarea sa politică sub imperiul laicității este produsul unei modernități arogante, golite de adevărata sa esență, anume creștinismul (Patapievici 2015). Europa s-a debarasat de creștinism, tentată de mirajul egalitarismului. Ideile progresiste de azi vând iluzia egalității, responsabilă în egală măsură de

stabilitate și consistență spirituală vieții oamenilor. Corectitudinea politică, emanciparea femeii și eliberarea sexuală – pe care A. Papahagi (2019) le traduce prin termenul depreciativ de »sexo-marxism« – sunt nici mai mult nici mai puțin decât simptomele patologiei lumii contemporane aflate în derivă (Liiceanu 2015).

Redarea acestui sumbru tablou realizat de elita intelectuală românească de dreapta care se bucură de mare succes în rândurile publicului din România are rolul de a evidenția terenul fertil pe care CpF și aliații săi își desfășoară campaniile. De aceea, dacă dorim să înțelegem fundamentul ideologic al conservatorismului insurgent, lectura autorilor mai sus menționați devine necesară, chiar dacă unii dintre aceștia s-au distanțat de anumite campanii de tip ultraconservator. Aș admiti, de pildă, cazul lui A. Pleșu care nu a susținut campania pentru redefinirea căsătoriei și a boicotat referendumul (Pleșu 2018).

## CARNEA ȘI OASELE COALIȚIEI PENTRU FAMILIE. COMPOZIȚIE ȘI STRUCTURI DE ORGANIZARE

Analizând componența, dar și modul de organizare a CpF, devine lesne observabil faptul că aceasta s-a constituit drept un tor de reuniune a intereselor unor asociații cu experiență îndelungată în sfera militantismului conservator de după 1989 precum Asociația Părinți pentru Ora de Religie (APOR), Pro-Vita, Alianța Familiilor din România (AFR) și altele. Fără a interfera cu obiectivele specifice ale militantismului lor, alături de alte peste treizeci de asociații nonguvernamentale, și-au pus în comun resursele și experiența pentru a pune bazele inițiativei cetățenești de modificare a Constituției. Deși CpF nu a avut personalitate juridică, a beneficiat totuși de o riguroasă organizare, ale cărei indicii se regăsesc și în »Declarația de constituire a Comitetului de inițiativă pentru promovarea propunerii legislative a cetățenilor privind revizuirea art. 48 alineat (1) din Constituția României« (Coaliția pentru Familie s.a.). Semnată de 18 personalități publice din lumea artistică, academică și clericală, aceasta îl menționează pe Mihai Gheorghiu drept președinte al coaliției care reprezintă un agregator al tuturor eforturilor diverselor grupuri din societate interesate de prezervarea familiei, în sensul său conservator.

Anterior deținerii funcției de președinte al CpF și, dar concomitent cu aceasta, Gheorghiu a avut diverse poziții politice: deputat din partea Partidului Național Țărănesc Creștin și Democrat (PNȚCD) între 1996 și 2000, secretar de stat în cadrul Ministerului Afacerilor Externe între 2005 și 2008, responsabil de management cultural în cadrul Muzeului Țăranului Român și, actualmente, director general adjunct al aceleași instituții. Numele său a fost legat și de controversatul caz din 2013, când o proiecție de film cu temă LGBT, premiat la festivaluri internaționale de profil a fost întreruptă de un grup de persoane, dintre care unii membri ai AFR, ce scandau sloganuri homofobe, creștine și naționaliste și cântau cântece religioase, purtând cruci, icoane și drapelul țării (Stoica 2013). La începutul lui 2018, în același spațiu, alte două proiecții de film tratând problematica LGBT au avut o soartă similară.

Printre organizațiile nonguvernamentale arondate CpF s-au numărat Asociația Pro-Vita [pentru născuți și nenăscuți], AFR, APOR, Darul Vieții, Asociația Familiilor Catolice Vladimir Ghika, ATOR, ASCOR și altele. Menționarea succintă a doar câteva dintre asociațiile membre ale CpF are rolul de a ilustra complexitatea agendei ultraconservatoare din România, dar și diversitatea religioasă a actorilor implicați. Fără a avea pretenția exhaustivității, prezentarea acestora are drept scop evidențierea caracterului variat al asociațiilor membre, dar și coeziv al coaliției. De altfel, una dintre particularitățile care a și conturat identitatea sa a fost tocmai capacitatea de a se erija în purtătoarea de cuvânt a mesajelor organizațiilor civice creștine, fie ele ortodoxe, catolice sau evanghelice. Pentru prima dată în istoria de după 1989, ONG-uri dintre cele mai diverse își dădeau mâna, sub umbrela CpF, pentru a lupta împotriva asaltului progresist și secularizant, lăsând deoparte rivalitățile și vorbind pe o singură voce.

ASCOR a fost una dintre primele asociații civice din România post-comunistă, înființată în primele luni ale anului 1990, în centrele universitare din întreaga țară, la inițiativa studenților creștini-ortodocși de la diverse facultăți (nu doar cele teologice). De-a lungul timpului, a devenit cea mai notorie organizație românească a tinerilor creștini-ortodocși, cu mii de membri implicați în activități culturale, sociale și de recreere (ASCOR 2020). Aceasta a reușit nu doar să creeze un spațiu de coeziune a tinerilor, ci și un puternic vector de militantism civic pus la lucru pentru promovarea cauzei religioase și conservatoare. Mai mult, activitățile de educare a tinerilor prin intermediul conferințelor, pelerinajelor, taberelor etc. care joacă un rol esențial în cadrul organizației au intermediat cu succes relația dintre Biserică și tineri, o categorie socială aflate în plin proces de maturizare, în căutarea identității și, în acest context, a unor valori spirituale. Un tip de activitate similar este întreprins și de Asociația Rost, de asemenea, membră CpF. Aceasta își propune să le ofere tinerilor educația creștină necesară pentru a-i transforma în cetățeni activi în promovarea tradițiilor, identității naționale și valorilor creștine (Rost 2019).

AFR a fost fondată în 2007, de Peter Costea, unul dintre inițiatorii propunerii de revizuire constituțională a definiției căsătoriei încă din 2006. Jurist de profesie în Statele Unite și creștin baptist, acesta a oferit asistență juridică familiei Bodnariu, în cazul împotriva serviciului de protecție a copilului din Norvegia, care a retras temporar custodia părinților în urma acuzației de folosire a violenței fizice împotriva copiilor lor. De asemenea, alături de Pro-Vita, s-a ocupat de înregistrarea unui amicus curiae la Curtea Constituțională care viza respingerea recunoașterii în România a căsătoriei cuplurilor de același sex. În plus, în 2019, a fost candidat independent la alegerile parlamentare, printre obiectivele sale politice menționându-se protejarea familiei creștine heterosexuale, promovarea politicilor anti-avort, nondiscriminarea cetățenilor români în străinătate, reafirmarea caracterului creștin al identității naționale (Costea-parlamentuleuropean.ro 2019).

Asociația Pro-Vita a fost înființată încă din anul 2005, sub conducerea lui Bogdan Stanciu, cu scopul de a milita împotriva

a fost membru al asociației Noua Dreaptă, deși a susținut că nu a făcut niciodată parte din partidul omonim care s-a născut ulterior (Munteanu 2017). În același timp, numele acestuia este legat de coordonarea filialei AlterMedia din România până la scoaterea sa în afara legii din pricina discursului său extremist, de conducerea asociației Darul sunetului, care reprezintă interesele persoanelor hipoacuzice (darulsunetului.ro), dar și de activitatea editorială a website-ului conservator, anti-feminist, anti-eutanasie, anti-avort Cultura vieții – www.culturavietii.ro. Pe unele dintre paginile web ale publicației anterior menționate, editorii familiarizează publicul românesc cu experiența legislației ruse de a interzice mamele surogat, fără însă a afirma explicit suportul pentru aceasta, sau publică dreptul la replică care susține că schimbările legislative din Rusia nu dezincriminează violența domestică. Mai mult, în 2014, acesta a găzduit un text scris de Natalia Iakunina – care face parte din cercul apropiaților lui V. Putin – cu ocazia forumului »Familia numeroasă și viitorul umanității« organizat la Moscova, în care laudă eforturile statului rus pentru sprijinirea familiei (Iakunina 2014). Pro-Vita a organizat de-a lungul timpului, alături de Asociația Studenți pentru Viață și o serie de ONG-uri locale, fețe bisericești reprezentând diverse culte religioase (Lungu și Văideanu 2018; Tulutan 2017), precum și reprezentanți ai PNȚCD și PPT (Pro-vita 2011) numeroase marșuri pentru interzicerea avortului, cunoscute și sub numele de »marșuri ale vieții« sau »marșuri pentru viață« în capitală și alte orașe ale țării.

În campania pentru scoaterea în afara legalității a avortului alături de Pro-Vita, s-a aflat și asociația Darul Vieții, înființată în 2003, cu scopul de a se opune numărului crescut de avorturi de după 1989, ca urmare a decriminalizării acestuia – Decretul 770 care interzicea practicarea avortului a funcționat din 1966 până în 1990. Spre deosebire de Pro-Vita care are afinități religioase ortodoxe, Darul Vieții se prezintă ca o asociație civică, produsul deopotrivă al activismului laicilor, dar și al preoților ortodocși și catolici (Darul Vieții 2016) care a beneficiat de sprijinul unei organizații de profil similar din Austria – Human Life International. Dincolo de implicarea în organizarea marșurilor pro-viață, organizația a derulat și campanii ce promovează castitatea ca metodă contraceptivă, sprijinul familiilor în vederea procreării, dar și împotriva morții asistate sau a fertilizării in vitro.

APOR a apărut în spațiul public în 2015, la un an după ce Curtea Constituțională a decis neconstituționalitatea prevederilor legale prin care elevii care nu doresc să urmeze ora de religie în școală trebuie să facă o cerere în acest sens. Membrii asociației, în frunte cu Liana Stanciu, o cunoscută realizatoare de emisiuni radio, au considerat decizia Curții un atentat la caracterul obligatoriu al orelor de religie ortodoxă în școli (Nastasiu 2015). Statutul orei de religie în școală a reprezentat, cel mai probabil, unul dintre primele subiecte care au polarizat societatea românească între apărători ai religiei în școli și adversarii acesteia (Pantazi 2014) și care au pregătit terenul pentru marea dezbatere din jurul referendumului din 2018. De altfel, tentativele de laicizare a școlilor începuseră încă din 2007, când Consiliul Național pentru Combaterea Discriminării (CNCD) a considerat inadecvată prezența simbolurilor religioase în școli. Deși optica CNCD a fost

instituțiilor de învățământ, căreia APOR a încercat să-i reziste. Mai mult, strategia asociației de a construi filiale în toată țara și de a evidenția faptul că pericolul eliminării orei de religie nu este izolat, ci dimpotrivă are un caracter național, a contribuit nu doar la popularizarea cauzei acesteia și mobilizarea părinților, ci și la creșterea gradului de implicare al acestora în deciziile legate de funcționarea și organizarea școlilor din învățământul preuniversitar.

O altă asociație care pretinde să reprezinte drepturile părinților este Alianța Părinților, de această dată în raport cu introducerea în școli a orelor de educație sexuală. Aceasta a susținut proiectul de lege supranumit și Legea pentru Inocența Copilăriei, propus de Ninel Peia – președintele Partidului Neamului Românesc, o formațiune politică cu un program politic naționalist, anti-imigraționist, xenofob și anti-islam – în 2016 și sprijinit de peste 120 de ONG-uri (Alianța Părinților 2016) care prevedea pedepse cu închisoarea pentru profesorii care predau educație sexuală în școli fără acordul prealabil al părinților, modificare care ar fi contrazis Legea 272/2004 ce stipula deja derularea programelor de educație sexuală. În același timp, a fost una dintre grupările activiste reactive la ideea obligativității vaccinării. Alături de alte organizații precum Asociația Pro Consumatori, Alianța pentru Demnitate Națională, Fundația Institutul pentru Cercetări Psihosociale și Bioetică, Asociația pentru Dezvoltarea Copilului și a Familiei (Marinescu 2017a) a organizat proteste împotriva numeroaselor tentative ale guvernelor care s-au perindat de-a lungul anilor de a propune proiecte de lege referitoare la vaccinarea obligatorie. Printre ultimele acțiuni de contestare publică a acestei măsuri a fost organizarea unui protest simultan în mai multe orașe ale țării în colaborare cu alte asociații precum Asociația Pro Consumatori, Asociația Pro Decizii Informate și grupul Neam Unit (Alianța Părinților 2020). În acest context, ar fi relevant de evidențiat faptul că Neam Unit a fost unul dintre grupările activiste prezente și la protestele antiguvernamentale începând cu cel pentru salvarea localității Roșia Montană din 2013. Această informație întărește ceea ce afirmam inițial referitor la faptul că protestele antiguvernamentale din ultimii ani au contribuit nu doar la maturizarea societății civile într-o manieră democratică, promovând garantarea drepturilor și libertăților cetățenești, ci a și stimulat tineri care vor fi folosit experiența lor activistă pentru susținerea unor cauze ultraconservatoare.

## ÎN OFENSIVĂ. STRATEGII ȘI TACTICI ALE COALIȚIEI PENTRU FAMILIE

Notorietatea CpF este legată de campania de revizuire a art. 48 din Constituție inițiată în 2013, dar eșuată în scurt timp prin decizia Curții Constituționale. La acel moment, propunerea CpF a făcut parte dintr-un număr mai amplu de modificări ale legii fundamentale prin procedură parlamentară, dar a fost respinsă în lipsa unui consens politic între partidele aflate la guvernare (PSD și PNL). Deoarece opțiunea modificării constituției prin intermediul parlamentului nu dăduse rezultate, CpF și-a schimbat strategia și, în 2016, a reușit să strângă trei milioane de semnături în vederea propunerii unei inițiative cetățenești. În

legislative de către cetățeni pentru revizuirea constituției. Pe data de 9 mai 2017, Camera Deputaților a aprobat cu o majoritate covârșitoare – 232 voturi pentru și 22 împotrivă – organizarea unui referendum național pe această temă. După luni de tergiversări politice, acesta s-a desfășurat pe 6 și 7 octombrie 2018. În cele din urmă, prezența mică la urne, de 21,1% din electoratul cu drept de vot, a antrenat invalidarea referendumului.

Ceea ce este remarcabil la campania CpF pe parcursul acestor ani, este perseverența de a care a dat dovadă, alegând metoda inițiativei cetățenești după ce eșuase prin procedura parlamentară. Prin inițiativa cetățenească, CpF a evitat nu doar procedura anevoioasă de propunere legislativă prin intermediul parlamentului, ci și asocierea imaginii sale cu vreun partid politic. În plus, coaliția a asumat folosirea mijloacelor democratice puse la dispoziție de legislație pentru o schimbare politică de jos în sus, de la firul ierbii, arătând astfel că tema supusă atenției este de interes general. Totuși, momentul în care CpF și-a lansat campania nu este întâmplător, iar strategia inițiativei cetățenești nu este cu totul neobișnuită în contextul european. Croația (Horvat 2013), Slovacia (Dittrich 2015) și Slovenia (Novak 2015) fuseseră martorele unor propuneri similare din partea unor organizații ultra-conservatoare, afiliate unor rețele globale de militantism din care făceau parte și câteva dintre organizațiile membre ale CpF – de pildă, Bogdan Stanciu din partea Pro-Vita sau Zeljka Markic din partea În Numele Familiei din Croația, la reuniunile rețelei conservatoare Agenda Europe (Ciobanu 2018).

Coaliția a încercat să folosească în avantajul său realitățile mediului politic și social pe care le-a transformat în oportunități de acțiune. Pe de o parte, sub aspect psiho-social, valorile și principiile majorității românilor sunt încă influențate puternic de dogma religioasă, dar și de modul de viață tradiționalist, patriarhal (Pew Research Center 2017; Nimu 2015; Moraru 2010). Pe de altă parte, mediul politic din România se află într-o fază acută de lipsă a credibilității (Pușcaș 2018), fapt reflectat nu doar în prezența scăzută la vot, ci și în multitudinea de proteste anti-guvernamentale din 2012 și până în prezent.

Tema referendumului le-a oferit politicienilor un prilej important de a-și albi imaginea publică, afectată în genere de acuzații și condamnări pentru corupție, afaceri ilegale, nepotism, declarații mincinoase și/sau lipsă de performanță politică. Gradul lor ridicat de adeziune la problema redefinirii căsătoriei s-a reflectat atât în votul parlamentarilor prin care s-a decis organizarea referendumului, cât și în reacțiile lor dese în mass-media și grupuri de socializare online. Această temă, relativ exotică în spațiul românesc de până atunci, și destul de izolată, limitată aproape exclusiv doar la agenda ONG-urilor conservatoare și cultelor religioase, a devenit rapid port-drapelul unui număr semnificativ de politicieni (de toate culorile politice). Exploatând discursul public conservator și naționalist, ei au transformat acest subiect într-o preocupare demnă de protecția statului și de protecția intereselor naționale – creșterea demografică, susținerea valorilor tradiționale creștine amenințate de progresism, islamizare, feminism etc. (Iancu 2016). Partidele aflate la guvernare (PSD și Partidul Alianța Liberalilor și

neconditionat pentru tema referendumului, accentuând caracterul vital al acesteia. În mod evident, clasa politică încerca deturnarea atenției opiniei publice de la problemele sistemice de natură politică și socială de care erau în bună măsură responsabile.

Deși CpF a negat orice afiliere și asociere politică a inițiativei cetățenești cu partidele politice, în realitate și-a cultivat o relație ambivalentă cu acestea. Pe de o parte, s-a dezis de partizanatul cu marile partide politice, preferând tactica delimitării de PSD – care, deși se afla la guvernare, se confrunta cu un val masiv de contestare publică. Pe de altă parte, însă, CpF a colaborat cu orice posibil aliat, inclusiv cu partide extremiste precum PND, al cărui lider, Tudor Ionescu, participase la marșurile anti-LGBT, susținuse familia heterosexuală și implicit ideea referendumului.

În fapt, alianța dintre clasa politică și CpF a fost posibilă pentru că ambele părți au văzut, la un moment dat, beneficii care depășeau costurile asocierii. Cooperarea CpF cu partidele politice a fost scoasă la suprafață de către însăși CpF care, în martie 2017, a dat publicității un protocol de colaborare cu PSD, PNL și ALDE semnat în 2016 (Marinescu 2017b). Lăsând la o parte caracterul auto-demascator al gestului său, intenția CpF consta în exercitarea presiunii asupra partidelor semnatare de a-și respecta angajamentul organizării referendumului până în aprilie, în condițiile în care ele dădeau semne de amânare a deciziei. În plus, atunci când PSD a organizat în mod abuziv referendumul, creând posibilitatea fraudei electorale prin organizarea sa timp de două zile și eliminarea mecanismului de verificare a votului multiplu, dar și favorizând în mod evident expunerea mesajului pro-referendum în defavoarea celui anti-referendum – de la disproporția părtinitoarea a spațiilor de afișaj până la cea a vocilor politice care îl susțineau –, CpF nu a reacționat. În acel moment, clasa politică dădea semne de preluare a frâielor campaniei CpF, ceea ce părea eficient pentru coaliție. În cele din urmă, atunci când prezența la urne s-a dovedit neașteptat de scăzută, insuficientă pentru validarea acestuia, CpF și-a dat seama cât de dăunătoare a fost atragerea campaniei în vortexul politic. Acesta este motivul pentru care, după publicarea rezultatelor, CpF a acuzat PSD-ul de boicotarea referendumului (Voiculescu 2018). Temerea de la început a coaliției de contaminare politică a mesajului campaniei a fost întemeiată. În fapt, eșecul referendumului a fost eșecul clasei politice și nu al agendei CpF, deși nu poate fi contestat faptul că și coaliția a decontat acest eșec, dizolvându-se.

Dacă rezultatele referendumului au fost, în mod cert, un eșec, campania în sine poate fi considerată un succes. În doar trei ani de zile, CpF a reușit să scoată subiectul drepturilor persoanelor LGBT dintr-o zonă relativ obscură, ignorată de o bună parte a societății, în fața monitoarelor și pe prima pagină a mass-media. Aceasta se datorează unui cumul de elemente interconectate, pe care le voi sintetiza în cele ce urmează. În primul rând, CpF a construit un mesaj simplu, ușor de înțeles de către întreaga populație a țării, indiferent de nivelul său de educație, după principiul –»aderi doar la ceea ce înțelegi«. În esență, mesajul a fost concentrat asupra ideii că familia compusă dintr-un bărbat și o femeie este amenințată de cuplurile LGBT care doresc nu doar

viitorul țării, copiii, trebuie să fie apărați. Mergând la vot și votând »Da«, cetățenii ar fi votat pentru normalitate heterosexuală, creștere demografică și protecție a valorilor naționale (»Apără copiii României«, »Apără căsătoria dintre un bărbat și o femeie«, »Apără România de mâine«).

În al doilea rând, CpF a mizat considerabil pe întemeierea democratică a demersului său. Atât în materialele scrise, cât și în aparițiile media, aceasta a invocat Declarația Universală a Drepturilor Omului și Convenția Europeană a Drepturilor Omului ale căror principii pretinde că le respectă (Coaliția pentru Familie 2018). Această tactică retorică s-a regăsit din ce în ce mai mult, în ultimii ani, la o bună parte dintre mișcările ultraconservatoare din țară și, mai ales, din străinătate (de exemplu, siturile oficiale ale ADF International, World Youth Alliance – o asociație globală cu filiale și în România). În opinia lor, campaniile anti-avort, anti-LGBT, anti-feministe, anti-vaccinare etc. sunt manifestarea libertății de expresie și afirmarea demnității umane (World Youth Alliance 2019). Desigur, retorica acestora constă în resemnificarea unor noțiuni liberale, egalitariene pentru a deservi scopurilor conservatoare. Din acest motiv, când discursul lor este criticat ca fiind discriminator și anti-democratic, ultraconservatorii invocă o înțelegere maximalistă, abuzivă a libertății de expresie și a dreptului de a decide prin vot asupra drepturilor fundamentale ale unora dintre cetățeni – în cazul de față, drepturile persoanelor LGBT.

În al treilea rând, un argument al campaniei anti-LGBT, dar și al altor campanii ale CpF – campania împotriva sărbătoririi Halloween-ului în școli din 2013 (Active News 2013) – ce derivă din pretinsa asumare a valorilor democratice este invocarea principiului majorității. Astfel, în construcția argumentativă, falacioasă de altfel, a grupurilor ultra-conservatoare, temeiul legitimității inițiativelor lor îl reprezintă apelul la ideile, principiile, viziunile majoritare. De pildă, în ziarul Lumina, o publicație cotidiană a Patriarhiei Române, un articol apărut pe data de 11 ianuarie 2018 titra: »Majoritatea românilor susțin familia tradițională«. Acesta invoca un sondaj realizat de Centrul de Sociologie Urbană și Regională (CURS) la comanda APOR care indica un procentaj de 90% în rândul respondenților ce vedeau căsătoria drept uniunea exclusivă dintre un bărbat și o femeie, procentaj care legitima demersul de revizuire constituțională (Manolache 2018). Sondajul de opinie menit să reliefeze adeziunea majorității opiniei publice la agenda CpF a devenit, așadar, unul dintre multiplele instrumente folosite de aceasta pentru a demonstra legitimitatea inițiativei, precum prezența masivă în mass-media și vizibilitatea susținătorilor săi.

Indisolubil legată de apelul argumentativ la principiul majorității este și apariția pe canalele de comunicare și informare (social media, televiziune, presa scrisă) a unui număr mare de militanți ai cauzelor conservatoare, fără a face neapărat parte dintre membrii ONG-urilor afiliate, dar și de aliați. O diversitate de personalități, de la intelectuali (Mihail Neamțu, Adrian Papahagi, Sorin Lavric, Teodor Baconschi, Ana Blandiana, Theodor Paleologu etc. ), la actori și regizori (Dragoș Bucur, Cristi Puiu, Florin Piersic etc.), dar și interpreți de muzică (Felicia Filip, Dan Mirită, La Familia, Sofia Vicoveanca etc.), s-au mobilizat în

În al patrulea rând, CpF a folosit o strategie de comunicare profesionistă în timpul campaniilor sale, ceea ce reflectă o mai bună adecvare și înțelegere a realității de către conservatorismul insurgent. În ultimii ani, CpF a investit multe resurse în expunerea publică a discursului său, încercând să obțină vizibilitate și, implicit, audiență. Publicații de casă precum În Linie Dreaptă, Familia Ortodoxă, Revista Creștinul Azi, Rost online, Doxologia, Lumina, Prodocens, agenții și portaluri de presă ca Basilica.ro, Doxologia.ro, Noutati-ortodoxe.ro, Stiricrestine.ro sau paginile de Facebook ale coaliției, dar și ale organizațiilor membre au promovat masiv mesajele acesteia. De asemenea, pe măsură ce CpF a început să se bucure de notorietate, pozițiile sale reacționare față de diverse subiecte ale actualității politice, sociale și culturale s-au reflectat și în presa cu largă audiență, de la posturi de televiziune precum TVR, Digi 24, Antena1, B1 TV etc., la publicații scrise precum Hotnews, Mediafax, G4Media și altele.

În aparițiile sale, aceasta a demonstrat abilitatea de a acționa ca o forță unică, monolitică, în care diversitatea este pusă în slujba unității și coeziunii. Capacitatea sa de a coagula o varietate de organizații și persoane care să comunice pe o singură voce mesajele sale este cu atât mai clară în materialele publicate online care sunt semnate de către asociații și nu de către o persoană anume. Putem observa cultura organizațională a grupărilor conservatoare – poate mai pregnantă decât în alte grupări cu orientări ideologice diferite de acestea – care promovează grupul în defavoarea individului, o viziune unitară a comunității care eclipsează diferențele, particularitățile celor care o compun.

În ultimii zece ani, cultura organizațională a conservatorismului insurgent s-a îmbunătățit semnificativ, sub impactul infuziei masive de capital extern. Cel mai probabil, campania pentru redefinirea căsătoriei nu ar fi reușit în lipsa sprijinului logistic și transferului de experiență din străinătate. În septembrie 2015, Southern Poverty Law Center, un think-tank american specializat în apărarea drepturilor omului, publica rezultatele unei investigații referitoare la rețelele ultraconservatoare globale care sprijină inițiative cetățenești locale precum cea românească. Astfel, Alliance Defending Freedom (organizație creștină de extremă dreaptă ce militează pentru supremația rasei albe), Liberty Council (organizație anti-LGBT ce promovează familia creștină), World Congress of Families (organizație globală cu o agendă anti-LGBT, cu sedii și reprezentanți în zeci de state ale lumii), European Center for Law and Justice (organizație de advocacy creștină anti-LGBT și anti-avort) au oferit consiliere juridică, expertiză de lobby și implicare activă în campania românească (Barthélemy 2018). Mai mult, Liberty Council a făcut posibilă vizita din octombrie 2017 a lui Kim Davis în România care devenise populară în comunitățile conservatoare din Statele Unite după ce a refuzat să oficieze căsătoria între două persoane de același sex și a fost pedepsită cu privarea de libertate pentru încălcarea legii (Stack and Gillet 2017).

CpF a încetat să mai existe la scurt timp după invalidarea referendumului. În locul său, a ieșit, însă, Platforma Civică Împreună (PCI), prezidată de același M. Gheorghiu, care

și profundă formă de unitate a societății civile din România, compusă din 506 ONG-uri, 130.000 de membri susținători, realizând, până în prezent, demersuri internaționale împreună cu peste 250 de ONG-uri din 8 țări« (Platforma Civică Împreună 2020). Mobilizarea de amploare pe mai multe planuri a acestor asociații arată o extraordinară forță regenerativă și capacitate de repliere a conservatorismului insurgent. Recenta sa campanie împotriva ideologiei de gen – egalitate de gen, roluri de gen – în educația copiilor (Conte 2019) reprezintă dovada clară a determinării grupărilor civice conservatoare care, cu fiecare bătălie pierdută, par să devină mai puternice și mai ofensive în îndeplinirea obiectivelor lor.



# SOCIETATEA ROMÂNEASCĂ – PERMEABILĂ LA SENSIBILITĂȚILE CONSERVATORISMULUI INSURGENT?

În ultimul deceniu, spațiul public românesc a fost martorul unei efervescențe fără precedent a conservatorismului insurgent. Pe fondul compromiterii clasei politice, accentuării decalajelor economice la nivelul societății și deteriorării accentuate a coeziunii sociale, dar și al unui val de simpatie internațională pentru agenda de dreapta – anti-secularistă, anti-imigrație, anti-progresistă –, activismul societății civile a devenit răspunsul cetățenilor la frustrările și nemulțumirile resimțite în mod acut în viața lor cotidiană. Nevoia firească de a identifica responsabilii pentru instabilitatea politică, socială și economică i-a făcut din ce în ce mai receptivi la critica ultraconservatoare a realității și la viziunea sa proprie de reconstrucție a societății.

Acest studiu și-a propus să evidențieze strategiile utilizate de mișcările civice din România, punând accent pe maniera în care Coaliția pentru Familie (CpF) și organizațiile sale membre s-au coagulat și mobilizat în promovarea temelor sale de interes. Motivul concentrării atenției asupra acestui studiu de caz rezidă în potențialul pe care acesta l-a dovedit, cu ocazia campaniei de revizuire a definiției căsătoriei din constituție, de a transforma un subiect aparent marginal (drepturile persoanelor LGBT) într-o temă de dezbatere națională care a reușit să polarizeze societatea și să modifice agenda politică. Fără a ne limita exclusiv la problematica acestei campanii, am arătat că organizațiile și grupurile civice ultra-conservatoare și-au diversificat și dezvoltat metodele și instrumentele de activism, de la campanii în mass-media și social-media, marșuri, conferințe la inițiativa cetățenească. Instrumentalizarea jargonului democratic – libertate de exprimare, demnitate umană, democrație prin regula majorității, reprezentativitate –, participarea în cadrul rețelelor de activism naționale și globale, respingerea afilierii politice și aparițiile media cu o frecvență din ce în ce mai crescută reprezintă doar câteva dintre inovațiile strategice ale conservatorismului insurgent local.

Așa cum s-a putut deja observa în paginile anterioare, grupările conservatoare supuse atenției au reușit să scoată din sfera izolată, relativ închisă a membrilor săi, teme de nișă precum agenda anti-LGBT, politica anti-avort, sporirea rolului religiei în societate etc. și să le transforme în subiecte de dezbatere națională. În esență, asistăm astăzi la o tendință ascendentă în rândul societății românești de a deveni din ce în ce mai permeabilă la sensibilitățile conservatorismului insurgent. Faptul că modificarea definiției căsătoriei a reușit în doar câțiva ani să

respingeri anterioare în Parlament a aceleiași inițiative, dovedește, în același timp, deprecierea discursului politic democratic, în favoarea celui extremist.

Fenomenul extremist românesc din ultimii ani a suferit o serie de mutații de formă, dar și de conținut. În prima perioadă de după 1989, stindardul naționalismului, xenofobiei, ortodoxismului a fost purtat, preponderent, de partide politice care au ajuns în cele din urmă, într-un con de umbră. În ultima decadă însă, discursul de tip autoritar, antidemocratic, împotriva drepturilor și libertăților unor categorii precum femeile sau persoanele LGBT, a fost preluat de o sumedenie de grupuri aparținând societății civile care au făcut din neafilierea politică un act de contestare a partidelor mainstream, dar și de evidențiere a faptului că deciziile politice pot fi luate și în alt mod decât în cel clasic, adică de la firul ierbii, dinspre cetățeni. Cu alte cuvinte, grupările conservatoare din sfera societății civile au reușit să dobândească un caracter insurgent din ce în ce mai pronunțat, al cărui succes a constat în așa-zisa »normalizare« a unor teme anterior marginale. De pildă, procesul de »normalizare« a temei anti-LGBT a presupus extinderea audienței de la cercul limitat și marginal conservator de la finele anilor 2000 către o bună parte a societății românești, invitată să ia parte la o dezbatere națională ce a culminat cu referendumul din 2018. Capacitatea de adaptare la condițiile socio-politice în schimbare – precum neîncrederea în clasa politică sau dezamăgirea și precaritatea populației –, dar și de repoziționare strategică a temelor sale de interes, din ce în ce mai diverse, de la statutul orei de religie în școli, la campanii anti-vaccinare și anti-avort, au arătat că activismul conservatorismului insurgent este rezultatul unui proces perseverent de reinventare și resemnificare a așa-ziselor nevoi ale societății.

Deși este poate prematură stabilirea unui verdict în privința evoluției sale în viitorul mai mult sau mai puțin apropiat, devine lesne observabilă tendința ascendentă a fenomenului insurgent conservator. Cel mai probabil, societatea românească va fi martora unor noi campanii, noi inițiative cetățenești, noi forme de presiune reacționară care vor reprezenta veritabile provocări la adresa democrației. Rămâne de văzut în ce măsură acestea se vor impune ca viziune mainstream (cum se întâmplă deja în Ungaria) sau vor cădea, în cele din urmă, în derizoriu. În lipsa unor remedii politice, socio-economice coerente și consistente la problemele sale endemice, românii vor căuta mereu confortul pe care, în lipsa unor alternative viabile, îl vor găsi în soluțiile facile

## BIBLIOGRAFIE

**Active News (2013):** Coaliția pentru Familie: Ministerul Educației încalcă Legea promovând Halloween-ul în școli. Este o sărbătoare a fricii și a morții, acuză ONG-iștii. În: *Activenews.ro*, 31 octombrie. https://www.activenews.ro/prima-pagina/Coalitia-pentru-Familie-Ministerul-Educatiei-incalca-Legea-promovand-Halloween-ul-in-scoli.-Este-o-sarbatoare-a-fricii-si-a-mortii-acuza-ONG-istii-3355

**Alianța Părinților (2016):** Deputat Ninel Peia – »Legea pentru Inocența Copilăriei«. În: Aliantaparintilor.ro, 22 mai. https://aliantaparintilor.ro/2016/05/22/deputat-ninel-pela-legea-pentru-inocenta-copilariei/#

**Alianța Părinților (2020):** CP-5.000 de oameni au protestat sâmbătă, în Capitală, împotriva obligativității vaccinării. În: Aliantaparintilor.ro, 9 martie. https://aliantaparintilor.ro/2020/03/09/cp-5-000-de-oameni-au-protestat-sambata-in-capitala-impotriva-obligativitatii-vaccinarii/

**ASCOR (2020):** *Prezentare.* https://ascorbucuresti.wordpress.com/about/

**Cinpoeș, R. (2012):** *The Extreme Right in Contemporary Romania.* Friedrich Ebert Stiftung. https://library.fes.de/pdf-files/id-moe/09408.pdf

**Cinpoeș, R. (2013):** Extremism in Disguise: Casual Intolerance and Political Cruising in Romania. În: *Holocaust. Studii și cercetări* V: 228-251.

**Climescu, A. (2013):** *Extremismul de dreapta online în România.* Friedrich Ebert Stiftung. http://www.inshr-ew.ro/ro/files/proiecte/Publica%C8%9Bii/brosura_-_Extremismul_web.pdf

**Coaliția pentru Familie (2018):** *Un referendum pentru România.* https://safielumina.ro/wp-content/uploads/2018/01/coalitia-pentru-familie-TEHNO.pdf

**Coaliția pentru Familie:** s.a. Comitetului de inițiativă pentru promovarea propunerii legislative a cetățenilor privind revizuirea art.48 alineat (1) din Constituția României. În: *Coalitiapentrufamilie.ro.* http://www.coalitiapentru familie.ro/docs/declaratia-textul.pdf

**Codul civil (2011):** http://www.codulcivil.ro/

**Conte (2019):** Platforma civică Împreună: Apără copiii României. În: *Contemporanul.ro*, 11 decembrie. https://www.contemporanul.ro/noutati-editoriale/platforma-civica-impreuna-apara-copiii-romaniei.html

**Costea-parlamentuleuropean.ro (2019):** https://costea-parlamentuleuropean.ro/anuntul-candidaturii/

**Darul Vieții (2016):** Retrospectiva 2009. În: *Darulvietii.ro*, 27 iulie. http://www.darulvietii.ro/despre-noi/retrospectiva-2009/

**Dittrich, B. (2015):** Dispatches: *Unholy Alliance for Slovakia's Referendum Risks Rights.* În: *Human Rights Watch*, 6 decembrie. https://www.hrw.org/news/2015/02/06/dispatches-unholy-alliance-slovakias-referendum-risks-rights

**Eurobarometrul 66 (2006):** *Raport național. România.* http://ec.europa.eu/commfrontoffice/publicopinion/archi ves/eb/eb66/eb66_ro_nat.pdf

**G4media (2019):** Sondaj INSCOP: Românii au cea mai mare încredere în armata națională și în NATO și cea mai puțină încredere în Parlament și partidele politice. În: *G4media.ro*, 14 februarie. https://www.g4media.ro/sondaj-inscop-romanii-au-cea-mai-mare-incredere-in-armata-nationala-si-in-nato-si-cea-mai-putina-incredere-in-parlament-si-partidele-politice.html

**Holbrook, D. și M. Taylor. (2013):** Introduction. În: *Extreme Right Wing Political Violence and Terrorism*, M. Taylor, D. Holbrook și P.M. Currie (eds.), 1-14. New York: Bloomsbury.

**Horvat, S. (2013):** Croatia's Vote Forbidding Gay Marriage: a Sign of the Rotten Heart of Europe. În: *The Guardian*, 4 decembrie. https://www.theguardian.com/commentisfree/2013/dec/04/croatia-gay-marriage-vote-europe-rotten-heart

**Iakunina, N. (2014):** »Omenirea trebuie să facă o alegere morală conștientă, de care depinde întregul său viitor«. Natalia Iakunina, Președinta Campaniei naționale »Sanctitatea Maternității« din Rusia. În: *Culturavietii.ro*, 11 septembrie. http://www.culturavietii.ro/2014/09/11/omenirea-trebuie-sa-faca-o-alegere-morala-constienta-de-care-depinde-intregul-sau-viitor/

**Iancu, I. (2016):** Teme de campanie electorală pentru alegerile parlamentare 2016. În: *Stiripesurse.ro*, 21 iulie. https://www.stiripesurse.ro/teme-de-campanie-electorala-pentru-alegerile-parlamentare-2016_1143848.html

**Liiceanu, G. (2015):** Șase dereglări contemporane. În: *Revista 22*, 15 septembrie. https://revista22.ro/eseu/gabriel-liiceanu/sase-dereglari-contemporane

**Lungu, D și C. Văideanu. (2018):** »Marșuri ale vieții« în București și în mai multe orașe din țară: mesaje anti-avort și în favoarea familiei tradiționale. În: *News.ro*, 24 martie. https://www.news.ro/social/marsuri-ale-vietii-in-bucuresti-si-in-mai-multe-orase-din-tara-mesaje-anti-avort-si-in-favoarea-familiei-traditionale-foto-video-1922401024532018031917991755

**Mammone, A., Godin E. și Jenkins B. (2013):** Introduction. În: *Varieties of Righ-Wing Extremism in Europe*, A. Mammone, E. Godin și B. Jenkins (eds.), 1-16. London: Routledge.

**Manolache, D. (2018):** Majoritatea românilor susțin familia tradițională. În: *Ziarul Lumina*, 11 ianuarie. https://ziarullumina.ro/societate/analiza/majoritatea-romanilor-sustin-familia-traditionala-129686.html

**Marinescu, R. (2017a):** Protestul împotriva vaccinării obligatorii continua. În: *Activenews.ro*, 27 noiembrie. https://www.activenews.ro/stiri-social/Protestul-impotriva-vaccinarii-obligatorii-continua.-Costel-Stanciu-%E2%80%9EPloaia-nu-ne-impiedica-sa-luptam-pentru-drepturile-copiilor-nostri.-Credem-ca-intr-un-fel-sau-altul-lucrurile-sunt-deja-aranjate-si-putem-avea-surprize-la-votul-final-147772

**Marinescu, R. (2017b):** Coaliția pentru Familie a făcut publice protocoalele cu PSD, PNL și ALDE prin care partidele s-au angajat să programeze referendumul pentru familie în luna aprilie. În: *Activenews.ro*, 13 aprilie. https://www.activenews.ro/stiri-politic/Coalitia-pentru-Familie-a-facut-publice-protocoalele-cu-PSD-PNL-si-ALDE-prin-care-partidele-s-au-angajat-sa-programeze-referendumul-pentru-familie-in-luna-aprilie-142132?fbclid=IwAR1o1d9tESmbOgg7CfXL9E89UrCnoyveh96DkyXNBcl_TUQS62Ad21MNLBM

**Mediafax (2018):** Coaliția pentru Familie, precizări în prag de REFERENDUM: Respingem confiscarea politică a inițiative noastre. În: *Mediafax.ro*, 20 septembrie. https://www.mediafax.ro/social/coalitia-pentru-familie-precizari-in-prag-de-referendum-respingem-confiscarea-politica-a-initiativei-noastre-17526589

**Mihăilescu, R. (2013):** Miting al preoților și călugărilor contra cardului de sănătate la Palatul Palamentului. În: *Hotnews.ro*, 14 martie. https://www.hotnews.ro/stiri-esential-14414653-miting-preotilor-calugarilor-contra-cardului-sanatate-palatul-parlamentului.htm

**Moraru, A. (2010):** "Social Perception of Homosexuality in Romania. În: Procedia Social and Behavioral Sciences 5: 45-49.

**Munteanu, T. (2017):** Update Drept la replică/ Cum au fost infiltrate protestele anti-corupție de mișcările neo-legionare? EXCLUSIV. În: *Psnews.ro*, 27 februarie. https://psnews.ro/cum-au-fost-infiltrate-protestele-anti-coruptie-de-miscarile-neo-legionare-exclusiv-164319/

**Nastasiu, I. (2015):** Participare masivă a nemțenilor la ședința de înființare a filialei județene a Asociației Părinți pentru Ora de Religie. În: *Ziarulceahlaul.ro*, 2 martie. https://ziarulceahlaul.ro/participare-masiva-a-nemtenilor-la-sedinta-de-infiintare-a-filialei-judetene-a-asociatiei-parinti-pentru-ora-de-religie/

**Necșulescu, A.-H. (2011):** Geneza apariției ONG-urilor din România. Studia Politica: *Romanian Political Science Review* 11(3): 525-556.

**Nimu, A. (2015):** Lesbian and Gay Rights in Comparative Perspective: The Case of

**Noua Dreaptă (2019a):** Program. *Nouadreapta.org.* https://www.nouadreapta.org/programul-partidului-noua-dreapta.html.

**Noua Dreaptă (2019b):** Acțiuni. *Nouadreapta.org.* https://www.nouadreapta.org/noua-dreapta-actiuni/467-mitingul-pentru-familie-cluj-napoca-15-iunie.html.

**Novak, M. (2015):** Slovenia Rejects Same-Sex Marriages in a Referendum. In: *Reuters, 20 decembrie.* https://www.reuters.com/article/us-slovenia-rights/slovenia-rejects-same-sex-marriages-in-a-referendum-idUSKBN0U30BS20151220.

**Pantazi, R. (2014):** Dezbatere despre religia în școli. Gabriel Liiceanu despre cum au făcut Patriarhia și Guvernul ping-pong cu Secretariatul pentru Culte în funcție de religia ministrului Culturii. In: *Hotnews.ro*, 13 iunie. http://www.hotnews.ro/stiri-esential-17476758-dezbatere-despre-religia-scoli-gabriel-liiceanu-despre-cum-facut-patriarhia-guvernul-ping-pong-secretariatul-pentru-culte-functie-religia-ministrului-culturii.htm.

**Panțu, A. (2010):** The Extreme Right Discourse in Romania (2004-2008). In: *Central European Political Science Review* 36-27: 66-98.

**Papahagi, A. (2019):** Ce este sexo-marxismul?. In: *Dilema veche*, 27 iunie. https://dilemaveche.ro/sectiune/tema-saptamanii/articol/ce-este-sexo-marxismul

**Patapievici, H.-R. (2015):** *Partea nevăzută decide totul.* București: Humanitas.

**Pew Research Center (2017):** *Religious Belief and National Belonging in Central and Eastern Europe*, May 10. Accessed 10 October 2017. http://assets.pewresearch.org/wp-content/uploads/sites/11/2017/05/15120244/CEUP-FULL-REPORT.pdf

**Platforma Civică Împreună (2020):** *Cine suntem.* https://platforma-impreuna.ro/impreuna/cine-suntem/

**Pleșu, A. (2018):** Un referendum folosit politic. In: *Adevărul.ro*, 3 octombrie. In: https://adevarul.ro/news/politica/un-referendum-folosit-politic-1_5bb49bd8df52022f751e3f2c/index.html

**Pleșu, Liiceanu, Patapievici (2014):** *O idee care ne sucește mințile.* București: Humanitas.

**Pro-Vita (2011):** Mini-cronică: prima ediție a »Marșului pentru viață« în București. In: *Culturavietii.ro*, 29 martie. http://www.culturavietii.ro/2011/03/29/mini-cronica-prima-editie-a-marsului-pentru-viata-in-bucuresti/

**Puric, D.:** *Să fii român!.* București: Compania Dan Puric.

**Pușcaș, F. (2019):** Tribunalul București a tranșat disputa pentru conducerea PRM. In: *Stiripesurse.ro*, 6 iunie. https://www.stiripesurse.ro/tribunalului-bucure-ti-a-transat-disputa-pentru-conducerea-prm_1323895.html

**RFI (2016):** Interzicerea portalului extremist AlterMedia, 28 ianuarie. https://www.rfi.ro/social-84388-interzicerea-portalului-extremist-altermedia.

**Romocea, C. (2011):** *Church and State. Religious Nationalism and State Identification in Post-Communist Romania.* London: Continuum.

**Rost (2019):** *Asociația Rost.* https://www.rostonline.ro/asociatia-rost/

**Stoica, M. (2013):** Scandal la Muzeul Țăranului Român. Proiecția unui film premiat cu două Globuri de aur, întreruptă de un grup de homofobi care a intonate cântece religioase. In: *Gândul.info*, 21 februarie. https://www.gandul.info/stiri/video-scandal-la-muzeul-taranului-roman-proiectia-unui-film-premiat-cu-doua-globuri-de-aur-intrerupta-de-un-grup-de-homofobi-care-a-intonat-cantece-religioase-10583345

**Sum, P. E. (2010):** The Radical Right in Romania: Political party evolution and the distancing of Romania from Europe. In: *Communist and Post-Communist Studies* 43: 19-29

**Tulutan, R. (2017):** Marșul pentru viață 2017, în Capitală și sute de orașe din România și Republica Moldova. In: *Mediafax.ro*, 25 martie. https://www.mediafax.ro/social/galerie-foto-video-marsul-pentru-viata-2017-in-capitala-si-sute-de-orase-din-romania-si-republica-moldova-nu-s-ar-prabusi-romania-daca-toate-tinerele-familii-ar-avea-macar-cate-trei-copii-16208166

**Verdery, K. (1993):** Nationalism and National Sentiment in Post-socialist Romania. In: *Slavic Review* 52(2): 179-203.

**Verdery, K. (1996):** Nationalism, Postsocialism, and Space in Eastern Europe. In: *Social Research* 63(1): 77-95.

**Verdery, K. (1998):** Transnationalism, Nationalism, Citizenship, and Property. Eastern Europe since 1989. In: *American Ethnologist* 25(2): 291-306.

**Voiculescu, L. (2018):** S-a rupt lanțul de iubire: din cauza prezenței dezamăgitoare la urne, Coaliția pentru Familie acuză PSD de #boicot. In: *Republica.ro*, 7 octombrie. https://republica.ro/s-a-rupt-lantul-de-iubire-din-cauza-prezentei-dezamagitoare-la-urne-coalitia-pentru-familie-acuza-psd

**World Youth Alliance (2019):** *The Charter.* https://www.wya.net/about-wya/the-charter/

FRIEDRICH-EBERT-STIFTUNG    CONSERVATORISMUL INSURGENT DIN ROMÂNIA

## LISTA DE ABREVIERI

| | | | |
|---|---|---|---|
| AFR | Alianța Familiilor din România | PD | Partidul Democrat |
| ALDE | Partidul Alianța Liberalilor și Democraților | PNL | Partidul Național Liberal |
| APOR | Asociația Părinți pentru Ora de Religie | PND | Partidul Noua Dreaptă |
| ATOR | Asociația Tineretul Ortodox Român | PNG | Partidul Noua Generație |
| ASCOR | Asociația Studenților Creștini Ortodocși Români | PNȚCD | Partidului Național Țărănesc Creștin și Democrat |
| BOR | Biserica Ortodoxă Română | PRM | Partidul România Mare |
| CURS | Centrul de Sociologie Urbană și Regională | PSD | Partidul Social-Democrat |
| CpF | Coaliția pentru Familie | PTT | Partidul »Totul pentru Țară« |
| CNCD | Consiliul Național pentru Combaterea Discriminării | PUNR | Partidul Unității Națiunii Române |

## DESPRE AUTOR

**Diana Mărgărit** este conferențiară la Departamentul de Științe Politice, Relații Internaționale și Studii Europene, Universitatea Alexandru Ioan Cuza din Iași, România, și doctor în științe politice din 2011. Recent, a publicat articole și studii despre fenomenul contestatar din România, cu accent pe mișcări sociale și proteste, precum și relația dintre stat și societatea civilă din ultimii ani.

## IMPRESSUM

Friedrich-Ebert-Stiftung România | Str. Emanoil Porumbaru | nr. 21 | apartament 3 | Sector 1 | București | România

Responsabil:
Juliane Schulte | Friedrich-Ebert-Stiftung Romania
Tel.: +40 21 211 09 82 | Fax: +40 21 210 71 91
**www.fes.ro**

Pentru comenzi / Contact:
**fes@fes.ro**

Fără un acord scris explicit din partea Fundației Friedrich Ebert (FES), utilizarea comercială a publicațiilor și produselor media apărute sub egida FES este interzisă.



## CONSERVATORISMUL INSURGENT DIN ROMANIA



Prezentul studiu își propune să surprindă maniera în care conservatorismul insurgent din România a reușit să construiască strategii și tactici eficiente, menite să scoată dintr-o sferă marginală subiecte al agendei ultra-conservatoare și să le transforme în teme de dezbatere națională și de polarizare a societății, contribuind la »normalizarea« unor idei și teme din agenda fostelor partide extremiste, cărora le-a adăugat noi teme, în acord cu actualitatea politică și socială în schimbare.



Campania pentru modificarea definiției căsătoriei din textul Constituției, derulată în perioada 2016-2018, de către Coaliția pentru Familie (CpF), o organizație-umbrelă ce a reunit câteva zeci de asociații civice conservatoare, reprezintă un episod emblematic pentru înțelegerea fenomenului conservatorismului insurgent românesc.



Cultivarea unei aparente distanțe și chiar opoziții față de partidele politice, resemnificarea unor noțiuni din sfera vocabularului democrației liberale – libertate de expresie, demnitate umană, consultare publică, inițiativă cetățenească –, invocarea abuzivă a regulii majorității ca argument decisiv în adoptarea deciziilor politice, prezența masivă în media mainstream și în mediul online, precum și dezvoltarea unei culturi organizaționale menită să portretizeze grupurile membre ca o forță monolitică ce a beneficiat și de un important sprijin extern au reprezentat elemente esențiale ale strategiei de a câștiga relevanță politică și socială.

Mai multe informații despre acest subiect pot fi găsite aici:
**www.fes.ro**