IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PETER COSTEA | S | |
| Plaintiff | S | |
| | S | |
| v. | S | CA-H-NO.: 4:21-CV-01078 |
| | S | Jury |
| THE FRIEDRICH EBERT | S | |
| FOUNDATION | S | |
| Defendant | S | |

NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiff, Peter Costea and Defendant, The Friedrich Ebert Foundation formally announce

settlement of the suit. They anticipate thirty (30) days to reduce the terms of the settlement to

writing and formally dismiss the case with prejudice.

Respectfully submitted,                          Respectfully submitted,

BY: //ss// *peter costea*                        BY: /s/ *Michael C. Falick*
_____          _____
Peter Costea                                     ROTHFELDER & FALICK, L.L.P.
TBN 04855900                                     Texas Bar No. 06794600
4544 Post Oak Place, Suite 350                   Federal Bar No. 13672
Houston, Texas 77027                             mfalick@rothfelderfalick.com
Tel. 713-337-4304                                1201 Louisiana, Suite 550
Fax 713-237-0401                                 Houston, Texas 77002
Email: peter@costealaw.com                       Telephone: (713) 220-2288
PETER COSTEA, ATTORNEY PRO SE                     Facsimile: (713) 658-8211
                                                 ATTORNEYS FOR DEFENDANT,
                                                 THE FRIEDRICH EBERT FOUNDATION