United States District Court
Southern District of Texas
**ENTERED**
December 21, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Peter Costea, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-21-1078 |
| The Friedrich Ebert Foundation, | § § | |
| Defendant. | § § | |

## Order Setting Conference

A settlement conference will be held on:

January 13, 2022
at 2:00 p.m. in
Courtroom 11-C, Eleventh Floor
United States Court House
515 Rusk Avenue
Houston, Texas 77002.

Signed on December 21, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge