| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
January 19, 2022
Nathan Ochsner, Clerk

Peter Costea, §
§
    Plaintiff, §
§
versus §    Civil Action H-21-1078
§
The Friedrich Ebert Foundation, §
§
    Defendant. §

## Order Denying Settlement

1. On June 25, 2021, Peter Costea said he reached a settlement with the Friedrich Ebert Foundation. This court gave the parties two weeks to file a notice of reinstatement. Neither party did.

2. This court retained jurisdiction to enforce a settlement agreement. Peter Costea filed a motion to enforce the settlement agreement. Based on the parties' motions, it is clear there was no agreement on the terms.

3. Because the parties did not file a timely notice for reinstatement and no settlement agreement was reached, the motion to enforce the settlement agreement is denied, and the case remains dismissed. (14)

Signed on January __18__, 2022, at Houston, Texas.

                                            Lynn N. Hughes
                                  United States District Judge